BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE NUNO, aka Jorge Nuno Ramos, and DAVID NUNO,.<br><br>　　　　　　Defendant. | CASE NO. 2:00-CR-00467 JAM<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT JORGE NUNO** |

　　For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **JORGE NUNO** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

Dated: 3/18/2013　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1